1  HUNTER PYLE, SBN 191125
2  RACHEL EVANS, SBN 291876
   **SUNDEEN SALINAS & PYLE**
3  428 Thirteenth Street, Eighth Floor
   Oakland, California 94612
4  Telephone:(510) 663-9240
   Facsimile: (510) 663-9241
5  hpyle@ssrplaw.com; revans@ssrplaw.com

6  *Attorneys for Plaintiff*
7  Jay Wisner

8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WISNER, | Case No. 3:15-cv-04000-TEH |
| Plaintiff, | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| SYNTHES, INC.; DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; and SYNTHES USA SALES, LLC, | |
| Defendants. | Date:  April 4, 2016<br>Time:  1:30 p.m.<br>Location:  Courtroom 12<br>Judge:  Hon. Thelton E. Henderson |
| | Action Filed: September 1, 2015 |

Pursuant to Local Rule 16-10(a), Plaintiff JAY WISNER ("Plaintiff") hereby requests that the Court grant Plaintiff's lead counsel, Hunter Pyle of Sundeen Salinas & Pyle, permission to appear telephonically at the Case Management Conference currently scheduled for April 4, 2016 at 1:30 p.m. in Courtroom 12. Plaintiff's counsel is unable to appear in person because he will be preparing for a trial that begins on April 11, 2016, including preparing and filing oppositions to motions in limine and defendants' list of proposed exhibits and witnesses. Plaintiff's counsel has informed defense counsel of this request via email, and defense counsel does not oppose this request.

Respectfully submitted,

Dated: March 14, 2016      SUNDEEN SALINAS & PYLE

By:  /s/ *Hunter Pyle*_____
     Hunter Pyle

*Attorneys for Plaintiff*
Jay Wisner

### [~~PROPOSED~~] ORDER

After considering Plaintiff's request to appear telephonically at the Case Management Conference scheduled for April 4, 2016 at 1:30 p.m., and good cause appearing, Plaintiff's request is hereby GRANTED.

**IT IS SO ORDERD.**

Dated: 03/16/2016      _____
                       Hon. Thelton E. Henderson
                       United States District Court Judge